Woodson BROWN, Movant v. COMMONWEALTH of Kentucky, Opposed.

May 12, 1950.

A. E. Funk, Attorney General and Wm. F. Simpson, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.